UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR FAVILA QUINTANA,<br><br>                        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 100, inclusive,<br><br>                        Defendant. | Case No.: 3:24-cv-00329-RBM-LR<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

      Pending before the Court is the parties' stipulation to limit plaintiff, Baltazar Favila Quintana's damages and proposed order ("Stipulation"). (Doc. 6.) In the Stipulation, the parties stipulate "Plaintiff acknowledges that he claims damages in excess of $75,000.00." (*Id.* ¶ 3.) However, the parties then stipulate "Plaintiff hereby agrees and stipulates that his damages, resulting from the alleged incident that occurred on defendant's premises on or about May 10, 2022 that are the subject of the within action (formerly Imperial County Superior Court Case No.: ECU003212) (hereinafter "the litigation") are hereby limited and capped at $74,999.99." (*Id.* ¶ 5.) The parties stipulate "Plaintiff hereby agrees and stipulates that if his damages should exceed $74,999.99, he hereby waives the right to claim such damages as a result of the litigation." (*Id.* ¶ 6.) The parties stipulate "Plaintiff hereby

1

agrees and stipulates that his recovery of damages in the litigation, including but not limited to economic damages and non-economic damages, are hereby capped at $74,999.99." (*Id.* ¶ 7.) The parties further stipulate "Plaintiff hereby agrees and stipulates that if his recovery of damages in the litigation should exceed $74,999.99, either by verdict or other means, he hereby waives the right to recover any such damages in excess of $74,999.99." (*Id.* ¶ 8.)

The parties then stipulate that "because the amount in controversy in this matter does not exceed $75,000, subject matter jurisdiction is lacking." (*Id.* ¶ 10.) The parties request this case "be remanded to the Imperial County Superior Court, Case No.: ECU003212" and stipulate and agree to remand. (*Id.* ¶¶ 11–12.)

The parties jointly stipulate that the amount in controversy does not exceed $75,000 and request to remand this case to the Imperial County Superior Court. *See Noriega v. Volvo Cars of N. Am., Inc.*, Case No. 3:21-cv-01671-BEN-MSB, 2021 WL 5234403, at *2 (S.D. Cal. Nov. 10, 2021) (granting joint stipulation to remand where parties agree amount in controversy does not exceed $75,000 and consent to remand); *Thompson v. Target Corp.*, Case No. CV 16-0839-JGB (MRWx), 2017 WL 10701360, at *2–5 (C.D. Cal. Feb. 6, 2017) (explaining no binding authority prevents the parties' from stipulating to remand).

Accordingly, based on the parties' Stipulation, the Court **REMANDS** this case to the Imperial County Superior Court.

**IT IS SO ORDERED.**

DATE: March 25, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE